ACCEPTED
06-15-00017-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/26/2015 3:08:41 PM
DEBBIE AUTREY
CLERK

No. 06-15-00017-CV

**IN THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS AT TEXARKANA**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/26/2015 3:08:41 PM
DEBBIE AUTREY
Clerk

**BILLY FITTS and FREIDA FITTS,**
**Appellants,**
**v.**
**MELISSA RICHARDS-SMITH, THE LAW FIRM OF GILLAM & SMITH, LLP, E. TODD TRACY, and THE TRACY FIRM, Attorneys at Law, Appellees.**

**On Appeal from the 71st District Court of Harrison County, Texas**
**Trial Court Cause No. 14-0150**

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEES**

TO THE HONORABLE COURT OF APPEALS:

Melissa Richards-Smith and the Law Firm of Gillam & Smith, LLP (Appellees) file this Unopposed Motion for Extension of Time to File Appellees' Brief and would respectfully show:

Appellants filed their brief on June 8, 2015, making Appellees' brief due on July 8, 2015. *See* Tex. R. App. P. 38.6(b). Appellees wish to extend that deadline by thirty days, or until August 7, 2015. *See* Tex. R. App. P. 38.6(b). This is Appellees' first request for an extension of time to file its Appellees' Brief.

This extension of time is necessary because the attorney primarily responsible for drafting the brief, Wade Crosnoe, will be on a previously scheduled vacation on the current filing deadline and the preceding holiday weekend. Additionally, Mr. Crosnoe's work on other cases will prevent him from preparing the brief by the current deadline, including (1) drafting of post-submission briefing invited by the Court in an appeal styled *Allstate Insurance Co., et al. v. Michael Kent Plambeck, D.C., et al.*, No. 14-10574, in the United States Court of Appeals for the Fifth Circuit; and (2) work on various responses and replies in connection with a motion to compel discovery and a motion to strike objections, and attendance at the June 16, 2015 hearing on those motions, in a case styled *Munif Ali Gattas Bultaif, et al. v. Bridgestone/Firestone, Inc., et al.*, Cause No. 04-6262-J, in the 191st District Court of Dallas County, Texas.

Appellants Billy Fitts and Freida Fitts are not opposed to this motion. Appellees E. Todd Tracy and the Tracy Firm are also unopposed.

For these reasons, Appellees respectfully request that the Court grant this motion and extend the deadline to file its Brief until August 7, 2015. Appellees also request all other relief to which it is justly entitled.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS L.L.P.

By: /s/ Wade Crosnoe
      Wade C. Crosnoe
      State Bar No.  00783903

701 Brazos, Suite 1500
Austin, TX 78701
Telephone:  (512) 703-5078
Fax:  (512) 708-8777
E-mail:  wcrosnoe@thompsoncoe.com

Shawn W. Phelan
State Bar No. 00784758
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, TX 75201-2832
Telephone:  (214) 871-8245
Telecopy:  (214) 871-8209
E-Mail: sphelan@thompsoncoe.com

*Attorneys for Appellees Melissa Richards-Smith and Law Firm of Gillam & Smith, LLP*

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Unopposed Motion for Extension of Time to File Brief of Appellees was served on June 26, 2015, via electronic service or email, to the following counsel:

Lindsey M. Rames
Rames Law Firm, P.C.
5661 Mariner Drive
Dallas, TX 75237
Telephone: 214.884.8860
Facsimile: 888.482.8894
Email: lindsey@rameslawfirm.com

Carter L. Hampton
Hampton & Associates, P.C.
1000 Houston Street, Fourth Floor
Fort Worth, TX 76102
Telephone: 817.877.4202
Facsimile: 817.877.4204
Email: clhampton@hamptonlawonline.com
*Attorneys for Appellants,*
*Billy Fitts and Freida Fitts*

Bruce A. Campbell
Campbell & Chadwick
4201 Spring Valley Road, Suite 1250
Dallas, TX 75244
*Attorney for Appellees E. Todd Tracy*
*and The Tracy Firm, Attorneys at Law*

/s/ Wade C. Crosnoe
Wade C. Crosnoe

4